# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sunlust Pictures LLC, ) | **CLERK'S ENTRY OF DEFAULT** |
| ) | |
| Plaintiff, ) | CV 12-2153-PHX-ROS |
| ) | |
| v. ) | |
| ) | |
| Jeff Montgomery, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Jeff Montgomery.

DEFAULT ENTERED this 13th day of December, 2012.

BRIAN D. KARTH
District Court Executive/Clerk

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)